

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>              PLAINTIFF<br>              v.<br>TENZIN ORGIL,<br><br>              DEFENDANT(S). | CASE NUMBER<br><br>8:23-MJ-00041<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __January 20, 2023_____, _____, at __2:00_____ ☐a.m. / ☒p.m. before the Honorable __Douglas F. McCormick_____, in Courtroom __6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
              *(Other custodial officer)*

Dated: __January 18, 2023_____    _____/s/ Douglas F. McCormick_____
                                        U.S. District Judge/Magistrate Judge